STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
California State Bar No. 110984
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:    (213) 894-5710
Facsimile:    (213) 894-7177
E-mail:   Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SACV 12-00099-DOC(ANx) |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT AS TO SERGIO GARCIA, VICENTE CARRILLO, AND JOSEFINA SOTO** |
| v. | |
| REAL PROPERTY IN LOS ANGELES, CALIFORNIA, | |
| Defendant. | |
| SERGIO GARCIA, VICENTE CARRILLO, AND JOSEFINA SOTO, | |
| Claimants. | |

Plaintiff and Claimants Sergio Garcia, Vicente Carrillo, and Josefina Soto have made a stipulated request for the entry of this consent judgment of forfeiture which is dispositive of the government's claims against the defendant property. The legal description of the defendant property is as follows:

THE SOUTHEASTERLY 30 FEET OF LOT 27 AND THE NORTHWESTERLY 10 FEET OF LOT 28 IN BLOCK "C" OF TRACT 2004, IN THE CITY OF LOS ANGELES, AS PER MAP RECORDED IN BOOK 22 PAGES 170 AND 171 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Assessor's Parcel Number: 5435-005-031.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS, ADJUDGES AND DECREES:**

1. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No claims or answers have been filed to contest the forfeiture of the defendant asset by anyone other than Sergio Garcia, Vicente Carrillo, and Josefina Soto, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant property described herein. Any potential claimants to the defendant property described herein other than Sergio Garcia, Vicente Carrillo, and Josefina Soto are deemed to have admitted the allegations of the complaint for forfeiture with respect to this asset.

2. In consideration of the government's agreement not to pursue forfeiture of the defendant property and to withdraw the lis pendens, claimants shall pay the sum of $212,000 to the United States Marshals Service not later than 30 days following entry of this consent judgment by the Court. Such payment shall be made in the form of a cashier's check made payable to the United States Marshals Service, and shall be delivered to Assistant Unites States Attorney Frank D. Kortum, 312 North Spring Street, 14th Floor, Los Angeles,

California 90012.  Said sum is hereby ordered forfeited to the United States of America and no other right, title or interest shall exist therein.  The United States Marshals Service is ordered to dispose of the funds in accordance with law.  The government shall withdraw the lis pendens on the defendant property not later than 30 days following claimants' payment of $212,000.  No other party has made, or is believed to have any claim to the defendant property described herein.

   3.  Should claimants fail to make the payment required within the time period set out herein, the government shall acquire a lien against the defendant real property in the sum of up to $212,000.00. The government's lien shall include a right of sale, allowing the government to take possession of and sell the defendant property at any time after 21 days following the expiration of the time period set forth in the Consent Judgment, unless the parties agree otherwise in writing.  The government shall give written notice to claimants by letter directed to Janet Sherman, Esq. at 2115 Main Street, Santa Monica, California, thirty (30) days before the government intends to enforce its right of sale of the property.  At the conclusion of that thirty day period, any occupants or personal property shall be removed from the property.  The United States Marshals Service is hereby authorized to remove any occupants and/or personal property remaining on the defendant property thirty days after the giving of written notice without further order of this Court.  The United States Marshal Service shall thereafter sell the property.  The proceeds of sale shall be applied as follows, to the extent proceeds are available:

      a.  First, to the costs incurred by the United States

1                 Marshals Service in taking possession of and selling
2                 the defendant property;
3       b.   Second, toward the satisfaction of any payment
4                 remaining due to the government under the terms
5                 of this judgment; and
6       c.   Third, to claimant.
7     The obligations of claimants pursuant to this Consent Judgment,
8 other than the payment by claimants, shall terminate and be of no
9 further effect upon the sale or other transfer of ownership of the
10 defendant property to a third party (including the United States
11 Marshals Service).
12     4.   In consideration of claimants' agreement to make the payment
13 described in paragraph 2 herein, the government agrees to forego its
14 attempts to forfeit the defendant property, except as otherwise
15 provided herein.  The government agrees that if payment is made as
16 provided, it shall execute and record a Withdrawal of Lis Pendens
17 with the County Recorder of Los Angeles County within 30 days of such
18 payment.
19     5.   In consideration of this settlement, Sergio Garcia,
20 Vincente Carrillo, and Josefina Sota have released the United States
21 of America, its agencies, agents, and officers, including employees
22 and agents of the Federal Bureau of Investigation, from any and all
23 claims, actions or liabilities arising out of or related to the
24 filing of this action against the defendant property, including,
25 without limitation, any claim for attorneys' fees, costs or interest
26 which may be asserted on behalf of Sergio Garcia, Vincente Carrillo,
27 and Josefina Sota against the United States, whether pursuant to 28
28 U.S.C. § 2465 or otherwise.

1     6.   The parties have stipulated and agreed there was reasonable
2  cause for the seizure of the listed defendant asset and the
3  institution of this action.  The consent judgment shall be construed
4  as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
5     5.   Pursuant to the agreement of the parties, each of the
6  parties to this Consent Judgment shall bear its own fees and costs
7  associated with this action.

Dated: June 25, 2015                    _/s/ David O. Carter_____
                                        HONORABLE DAVID O. CARTER
                                        UNITED STATES DISTRICT JUDGE


Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


     _____/s/_____
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff